IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENT KRAUS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3159 |
| | ) | |
| V. | ) | |
| | ) | |
| NESTLE PURINA PETCARE COMPANY, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The plaintiff's unopposed motion to amend, (filing no. 18), is granted, and on or before November 25, 2009, the plaintiff shall file his amended complaint, a copy of which is attached to his motion.

2) Pursuant to the jury demand set forth in the plaintiff's proposed amended complaint, this case will now be tried to a jury, and the clerk shall amend the docket to reflect this change.

DATED this 18th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge