IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENT KRAUS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3159 |
| | ) | |
| v. | ) | |
| | ) | |
| NESTLE PURINA PETCARE COMPANY, | ) | AMENDED PROGRESSION ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that upon the unopposed oral motion of the plaintiff, filing no. 27, the final progression order is continued as follows:

    a.    The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is April 2nd, 2010.

DATED this 22nd day of March, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*

_____
United States Magistrate Judge